PROB 22
(Rev. 09/12)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*

2;19CR70- 001

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATION / SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Corey Anderson<br>Indianapolis, IN | Northern Indiana | Hammond |

**FILED**
**08/04/2021**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

NAME OF SENTENCING JUDGE

Philip P. Simon

| DATES OF SUPERVISION | FROM | TO |
|---|---|---|
| | 4/19/2021 | 4/18/2023 |

OFFENSE

UNLAWFUL POSSESSION OF FIREARM and FORTEITURE ALLEGATION

---

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA_____

   **IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the SOUTHERN DISTRICT OF INDIANA upon that Court's Order of Acceptance of Jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

|  |  |
|---|---|
| August 3, 2021 | /s/ Philip P. Simon |
| *Date* | *United States District Judge* |

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA

 **IT IS HEREBY ORDERED** that jurisdiction over the above-named probation or supervised releasee be accepted and assumed by this Court from and after the entry of this Order.

|  |  |
|---|---|
| | |
| *Effective Date* | *United States District Judge* |